UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PLINIO SANCHEZ,
   a/k/a "Samil Sanchez,"

                  Defendant.

**ORDER**

23 Cr. 676 (LAK)

      Personnel at Samaritan Daytop Village are hereby directed to make Plinio Sanchez, a/k/a "Samil Sanchez," available <u>by 11 a.m. on Tuesday, March 12, 2024</u>, to be transported by members of the New York City Police Department to a court appearance at 500 Pearl Street, New York, New York. Law enforcement agents will return Mr. Sanchez to Samaritan Daytop Village later in the day, after the conclusion of the court proceeding.

**SO ORDERED:**

Dated: New York, New York
       March 11, 2024

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK